[No. 26998-1-III.   Division Three.   September 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO L. AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00250-0, Robert L. Zagelow, J., entered February 25, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ. Now published at 153 Wn. App. 265.

[No. 27099-8-III.   Division Three.   September 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO L. AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00437-5, Robert L. Zagelow, J., entered April 21, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 27220-6-III.   Division Three.   September 3, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. CRYSTAL N. DARLING, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00202-5, John M. Antosz, J., entered May 20, 2008. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 59358-7-I.   Division One.   September 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER CHARLES LOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10952-5, J. Wesley Saint Clair, J., entered December 21, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick and Leach, JJ.